# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Voluntary dismissal under FRAP 42(b)

**Case Number(s):**    26-4162
**Case Name:  Nasir V China Unicom At el**

**Name of the Party Requesting Voluntary Dismissal :** Appellant

**For which Document are you requesting withdraw**

| Date Filed . sort ascending | Entry # . sort ascending | Docket Text. sort descending |
|---|---|---|
| 7/1/2026 | 1 | **CASE OPENED.** A copy of your notice of appeal / petition filed in 2:26-cv-01853-LK has been re United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number **26-4162** has been assigned to this case. All communicat Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and con responsibility to alert the court if your contact information changes. **Resources Available** For more information about case processing and to assist you in preparing your brief, please review (for attorneys and pro se litigants) and review the Appellate Practice Guide. Attorneys should cons Mentoring Program for help with the brief and argument. [Entered: 07/01/2026 08:56 AM] |
| 7/1/2026 | 2 | **SCHEDULE NOTICE.** Appeal Opening Brief (No Transcript Due) (Appellant) 8/10/2026. **For a LK**. All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automat R. 42-1. [Entered: 07/01/2026 09:34 AM] |
| 7/1/2026 | 3 | Originating Court Notice of Fee Received.  See Docket Entry No. 37 on the district court docket. [ |
| 7/1/2026 | 4 | **MOTION** to Use a Pseudonym filed by Appellant Sajjad Nasir, I. [Entered: 07/01/2026 02:40 PM |

Do you want Circuit 9 to refund your Filing fee:  **Yes**     Receipt Attached: **yes**

What is your Receipt Number: **CWAWDC-9788523**

When do you want 9th Circuit to refund the Filing Fee: **ASAP**

**Print Name:** Sajjad Nasir

**Signature**                  *Sajjad*                  **Date** 07/05/2026

***Mail this form on or before your brief's current due date to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

 Outlook

---

**Pay.gov Payment Confirmation: WASHINGTON WESTERN DISTRICT COURT**

---

**From** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>

**Date** Tue 30/06/2026 01:41

**To** sajjadqut01@outlook.com <sajjadqut01@outlook.com>


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: WAWD Finance Dept at 206-370-8415.

    Account Number: 9089867
    Court: WASHINGTON WESTERN DISTRICT COURT
    Amount: $605.00
    Tracking Id: CWAWDC-9788523
    Approval Code: 985851
    Card Number: ************5838
    Date/Time: 06/29/2026 11:41:26 ET


NOTE: This is an automated message. Please do not reply