# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Documents Withdrawl

**Case Number(s):** 26-4162
**Case Name: Nasir V China Unicom At el**

**Name of the Party Requesting Voluntary Dismissal :** Appellant

**Motion to Withdraw Documents**

**For which Document are you requesting withdraw**

**Case: 26-4162, 07/04/2026, DktEntry: 6.1, Pages 2**

**Reason :** As per China Unicom it will not be possible otherwise to  see how absurd the United States of America Courts are as China Unicom itself is puzzled and what better place for this could be then this circuit 9 .Besides that the document was filed by mistake.

Court staff is so desperate that my filing access was already removed and it was restored again.

**Print Name:** Sajjad Nasir

**Signature** Sajjad     **Date** 07/05/2026

*Mail this form on or before your brief's current due date to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov