UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| SAJJAD NASIR I,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>CHINA UNITED NETWORK<br>COMMUNICATIONS GROUP CO., LTD.,<br>named as China Unicom, Industrial<br>Complex, NON-SDN Chinese Military; et<br>al.,<br><br>    Defendants - Appellees. | No. 26-4162<br><br>D.C. No.<br>2:26-cv-01853-LK<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Appellant's motion (Docket Entry No. 7) to withdraw the July 4, 2026 motion for voluntary dismissal is granted. The motion for voluntary dismissal (Docket Entry No. 6) is withdrawn.

The motion (Docket Entry No. 11) for an extension until January 14, 2027 to file the opening brief is granted in part. The opening brief is due October 9, 2026. There is no appearance by appellees, so briefing will be complete when the opening brief is filed.

All other pending and future motions will be addressed by separate order after appellant files the opening brief.

If appellant does not file an opening brief, the court will dismiss this appeal. *See* 9th Cir. R. 42-1.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-4162