# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | MOTION to Withdraw Party Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** | 26-4162

**Case Name** | Nasir v. China United Network Communications Group Co., Ltd., et

**Lower Court or Agency Case Number** | 2:26-cv-01853-LK

What is your name? | SAJJAD NASIR

1. **What** do you want the court to do?

> Withdraw: 7/21/2026 30 MOTION to Transmit Exhibit filed by Appellant
> Sajjad Nasir, I. [Entered: 07/21/2026 09:20 PM]
> Withdraw : 7/23/2026 32 MOTION to Transfer Petition for Review to
> District Court filed by Appellant Sajjad Nasir, I. [Entered: 07/23/2026 10:53

2. **Why** should the court do this? Be specific. Include all relevant facts and law
that would persuade the court to grant your request. *(Attach additional pages as
necessary. Your motion may not be longer than 20 pages.)*

> Both Replaced and Amended with :
> 7/25/2026 34
> MOTION to Transfer Petition for Review to District Court filed by Appellant
> Sajjad Nasir, I. [Entered: 07/25/2026 04:48 AM]

Your mailing address:

sajjadqut01@outlook.com

City | | State | | Zip Code |

Prisoner Inmate or A Number (if applicable) |

**Signature** | S/Sajjad Nasir | **Date** | 07/25/2026

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 27** | *New 12/01/2018*