UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAJJAD NASIR I,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>CHINA UNITED NETWORK COMMUNICATIONS GROUP CO., LTD., named as China Unicom, Industrial Complex, NON-SDN Chinese Military; et al.,<br><br>    Defendants - Appellees. | No. 26-4162<br><br>D.C. No.<br>2:26-cv-01853-LK<br>Western District of Washington, Seattle<br><br>ORDER |

The motions (Docket Entry Nos. 33, 35) to withdraw earlier filings are granted. The motions at Docket Entry Nos. 30, 31, and 32 are withdrawn.

All other pending motions are referred to the panel assigned to decide the merits of this appeal.

The opening brief remains due October 9, 2026. There is no appearance by appellees, so briefing will be complete when the opening brief is filed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT